**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-9082-JFW(JPRx)** | Date: February 6, 2024 |
| Title: | Mary Baghikian, et al. -v- Providence Health & Services, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO LOS ANGELES SUPERIOR COURT

On January 13, 2023, Plaintiffs Mary Baghikian and Estate of Sarkis Baghikian ("Plaintiffs") filed a Complaint against multiple defendants in Los Angeles Superior Court, solely alleging state law causes of action. On October 27, 2023, Defendant Genentech, Inc. ("Genentech") filed a Notice of Removal, removing the action to this Court under the federal officer removal statute, 28 U.S.C. § 1442(a)(1). In light of Genentech's dismissal from this action, the Court orders the parties to show cause, in writing, on or before **February 8, 2024**, why this court should not decline to exercise supplemental jurisdiction over Plaintiff's remaining claims and remand this action to Los Angeles Superior Court. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the remand of this action to Los Angeles Superior Court.

IT IS SO ORDERED.